UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**              **DATE: 12/1/2021**
                United States Magistrate Judge
                                                   **TIME: 12:00 p.m.**

**DOCKET NO: 21-cv-01808-ARL**

**CASE: Martinez v. Gotta Getta Bagel of Woodmere Inc. et al**

___  **INITIAL CONFERENCE**

___  **STATUS CONFERENCE**

___  **SCHEDULING CONFERENCE**          **BY TELEPHONE X**

___  **SETTLEMENT CONFERENCE**

___  **FINAL CONFERENCE**

 **X**  **FAIRNESS HEARING**

    **APPEARANCES:**        **FOR PLAINTIFF:**        **FOR DEFENDANTS:**

                            James O'Donnell            Ira A. Sturm

**The following rulings were made:**

   Having reviewed the terms of the parties' proposed settlement agreement, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015).  The agreement was modified on the record as to the Court retaining jurisdiction over the settlement.

                            **SO ORDERED:**
                            _____/s/_____